# Court of Appeals
# of the State of Georgia

ATLANTA,_____August 31, 2016_____

*The Court of Appeals hereby passes the following order:*

**A17A0185.  JOSEPH SCOTT WILLIAMS v. THE STATE.**

A jury found Joseph Scott Williams guilty of malice murder and felony murder, for which he was sentenced to life imprisonment.  After the trial court denied his motion for a new trial, Williams appealed to this Court.  We, however, lack jurisdiction.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8).  Because a penalty of death can be imposed for the crimes of malice murder and felony murder, jurisdiction is proper in the Supreme Court.  See OCGA § 16-5-1 (a), (c), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder").  Accordingly, Williams's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,_____08/31/2016_____*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*